JULY 10, 1961

No. 65915.—D. P. Harris Hardware & Mfg. Co., Inc. *v.* United States, protest 58/22330.—
Plaintiff's application for rehearing granted.

No. 65916.—R. C. Allen Business Machines, Inc. *v.* United States, protests 316278–K, etc. Plaintiff's application for rehearing granted.

No. 65917.—Gehrig, Hoban & Co., Inc. *v.* United States, protest 59/28105.

Plaintiff's application for rehearing granted.

No. 65918.—General Systems Service, Inc. *v.* United States, protests 321885–K, etc.—C.D. 2259. Motion of Government for rehearing denied.

JULY 10, 1961

No. 65919.—SUIT 5048.—The Golding-Keene Company and The Feldspar Corporation *v.* United States (E. Dillingham, Inc., a/c Rheem Mfg. Co., Party in Interest).—and SUIT 5049.—E. Dillingham, Inc., and Rheem Mfg. Co. (Parties in Interest) *v.* The Golding-Keene Company and The Feldspar Corporation.—

C.D. 2172 affirmed March 15, 1961. C.A.D. 766.

BEFORE THE SECOND DIVISION, JULY 17, 1961

No. 65920.—Freedman & Slater, Inc., et al. *v.* United States, protests 165593–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of *United States* v. *G. M. Gourdon, Inc.* (43 C.C.P.A. 4, C.A.D. 601), the claim of the plaintiffs was sustained.